244 So.2d 853

**Robert SUMRALL and Gurtler, Hebert & Company, Inc.**

v.

**Gilbert J. TROSCLAIR and St. Paul Fire & Marine Insurance Company.**

No. 51197.

March 3, 1971.

The showing made does not warrant the exercise of our supervisory jurisdiction.

244 So.2d 854

**W. T. WHIDDON**

v.

**The TRAVELERS INSURANCE COMPANY et al.**

No. 51204.

March 3, 1971.

The ruling is correct.